# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN FOX, | CASE NO. 2:14-CV-02759-JAK-AJW |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| FINANCIAL CREDIT NETWORK, INC., | **JS-6** |
| Defendant. | |

Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

DATED: June 5, 2014

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE